UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **STEVEN P. MUTERSBAUGH,** | ) | **JUDGE JOHN R. ADAMS** |
| | ) | |
| **Plaintiff,** | ) | **CASE NO.: 5:16-cv-03022** |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **JONI L. LAIDIG,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The parties have various motions pending before this Court, including a motion to dismiss for lack of subject matter jurisdiction.  The parties have indicated a tentative resolution of the case.  The Court is aware that the resolution may require approval of the probate court.  As such, the motions will be denied without prejudice.  The Court will re-activate the motions should settlement fail.

IT IS SO ORDERED.


August 10, 2017                             /s/ John R. Adams
Date                                         Judge John R. Adams
                                             United States District Court